**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Timothy Hopkins, | : | Case No. 1:23-cv-283 |
| | : | |
| Plaintiff, | : | |
| v. | : | Judge Michael R. Barrett |
| | : | |
| Thomas Grossmann, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

### STIPULATION TO MOVE OR PLEAD

---

Pursuant to Local Rule 6.1(a), it is hereby stipulated by and between Plaintiff, Timothy Hopkins, and Defendants, Thomas Grossmann, Sheriff Larry Sims, and Brett Richardson, that said Defendants shall have an extension of time of 21 days, up to and including June 27, 2023, to move or plead in response to Plaintiff's Complaint. Defendants have not previously requested any extension in this matter. A proposed order is attached.

Respectfully submitted,

*/s/ Brian O'Connor per email auth 6.2.23*
Brian P. O'Conner (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
(513) 721-4450
(513) 721-0109 (fax)
bpo@santenhughes.com
*Counsel for Plaintiff*

*/s/ Melanie J. Williamson_____*
Melanie J. Williamson (0079528)
Helen K. Sudhoff (0101259)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
(614) 221-1216
(614) 221-8769 (fax)
*Counsel for Defendants Thomas Grossman, Sheriff Larry Sims and Brett Richardson*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing **Stipulation to Move or Plead** was served, via the Court's CM/ECF system, upon all counsel this 5th day of June, 2023.

> */s/ Melanie J. Williamson*
> Melanie Williamson (0079528)
> **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
> *Counsel for Defendants Thomas Grossmann, Sheriff Larry Sims, and Brett Richardson*