# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY HOPKINS,** | : | Case No. 1-23-CV-00283 |
| | : | |
| Plaintiff | : | Judge Michael R. Barrett |
| | : | Magistrate Judge Karen Litkovitz |
| vs. | : | |
| | : | |
| **THOMAS GROSSMANN,** *et al.* | : | |
| | : | |
| Defendant**s** | : | |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.4, attorney Brian T. Kelly, counsel for Plaintiff Timothy Hopkins, moves this Court for leave to withdraw as counsel for Mr. Hopkins. Written notice of the intent to withdraw has been given to Mr. Hopkins, and notice to all other parties will be given by service of this motion. Attorneys Paul Kelly, Brian O'Connor, and Louis Sirkin will continue to serve as counsel for Mr. Hopkins.

Dated: July 19, 2023

Respectfully submitted,

*/s/ Brian T. Kelly*
Brian T. Kelly (admitted *pro hac vice*)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
Tel: (617) 345-1000
Fax: (844) 653-5017
bkelly@nixonpeabody.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the CM/ECF system to all counsel of record this 19th day of July, 2023.

/s/ *Brian T. Kelly*
Brian T. Kelly