# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Timothy Hopkins, | : | Case No. 1:23-cv-283 |
| Plaintiff, | : : | |
| v. | : | Judge Michael R. Barrett |
| Thomas Grossmann, *et al.*, | : : | |
| Defendants. | : : | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that attorney Melanie J. Williamson of Fishel Downey Albrecht and Riepenhoff LLP, 7775 Walton Parkway, Suite 200, New Albany, Ohio 43054 will serve as counsel for the newly added Defendant Warren County, Ohio in the above matter. The undersigned respectfully requests to be added to the service list and to be copied on all pleading, notices and any other filings in this case.

Respectfully submitted,

*/s/ Melanie J. Williamson*
Melanie J. Williamson (0079528) Trial Attorney
**FISHEL DOWNEY ALBRECHT RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH  43054
(614) 221-1216 Telephone
(614) 221-8769 Fax
mwilliamson@fisheldowney.com
*Counsel for Defendants Thomas Grossman, Sheriff Larry Sims, Brett Richardson and Warren County, Ohio*

2

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically this 20th day of July 2023. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system, as certified by the Court's Certificate of Service generated upon filing.

/s/ Melanie J. Williamson
Melanie J. Williamson (0079528)
**FISHEL DOWNEY ALBRECHT RIEPENHOFF LLP**
*Counsel for Defendants Thomas Grossman, Sheriff Larry Sims, Brett Richardson and Warren County, Ohio*