UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY HOPKINS, | : | Civil Action No. 1:23-cv-283-MRB |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| THOMAS GROSSMANN, *et al*., | : | PLAINTIFF'S MOTION OF |
| | : | ATTORNEY BRIAN P. O'CONNOR |
| Defendants. | : | AND ATTORNEY H. LOUIS SIRKIN |
| | : | TO WITHDRAW AS COUNSEL FOR |
| | : | PLAINTIFF TIMOTHY HOPKINS |

Pursuant to Local Rule 83.4(b), Brian P. O'Connor and H. Louis Sirkin, co-counsel for Plaintiff Timothy Hopkins, respectfully move to withdraw as counsel in the above-captioned case. Mr. O'Connor and Mr. Sirkin have complied with the requirements of Rule 83.4(b) and their withdrawals will cause no delay as Plaintiff Timothy Hopkins will continue to be represented by Paul V. Kelly of Jackson Lewis, P.C. Plaintiff Timothy Hopkins is aware of and consents to the withdrawal and the continued representation by Paul V. Kelly of Jackson Lewis, P.C.

Dated: December 16, 2024

                                                           Respectfully submitted,

                                                           /s/ *Brian P. O'Connor*
                                                           Brian P. O'Connor (0086646)
                                                           SANTEN & HUGHES
                                                           600 Vine Street, Suite 2700
                                                           Cincinnati, Ohio 45202-2409
                                                           (513) 721-4450
                                                           (513) 852-5994 (facsimile)
                                                           bpo@santenhughes.com
                                                           *Attorneys for Plaintiff, Timothy Hopkins*

/s/ *H. Louis Sirkin*
H. Louis Sirkin (0024573)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202-2409
(513) 721-4450
(513) 852-5994 (facsimile)
hls@santenhughes.com
*Attorneys for Plaintiff, Timothy Hopkins*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically 16th day of December 2024 via the Court's CM/ECF system. Notice of this filing will be sent to all counsel by operation of this Court's electronic filing system, as certified by the Court's Certificate of Service generated upon filing. Parties may access the filing through the CM/ECF system.

/s/ *Brian P. O'Connor*
Brian P. O'Connor (0086646)

697163.1