AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio (Cincinnati)

| | | |
|---|---|---|
| Hopkins<br>*Plaintiff*<br>v.<br>Grossman, et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:23-cv-00283-MRB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick Witte, individually

Date: 04/30/2025

/s/Robert J. Thumann
*Attorney's signature*

Robert J. Thumann (0074975)
*Printed name and bar number*
Crehan Thumann & Hillerich
404 East 12th St., second floor
Cincinnati, Ohio 45202

*Address*

thumann@ctlawcincinnati.com
*E-mail address*

(513) 381-5050
*Telephone number*

(513) 381-1700
*FAX number*