IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY HOPKINS, | : | CASE NO. 1:23-cv-00283 |
| Plaintiff, | : | Judge Michael R. Barrett |
| v. | : | |
| THOMAS GROSSMAN, *et al.*, | : | **DECLARATION OF CRAIG KLINE** |
| Defendants. | : | |

THE STATE OF OHIO        )
COUNTY OF WARREN   ) SS:

Now comes Craig Kline, being first duly cautioned and sworn, and deposes and states the following:

1. I am over eighteen (18) years of age and have personal knowledge of the matters testified to herein.

2. I am employed by the City of Mason, Ohio as a Captain for the Mason Police Department. In my role as Captain, one of my duties is to keep and maintain public records, which includes cruiser camera recordings by the City of Mason Police Department's officers. Cruiser camera recordings are made at the time of the events depicted in the recordings, and a record of such video recordings is kept in the course of the regularly conducted activity of the City of Mason Police Department.

3. It is a regular practice of the City of Mason Police Department to record such videos during the investigation of a matter and during interactions with civilians.

1

Exhibit A

4. On May 14, 2021, City of Mason Police Officers Patrick Witte and Michael Sechrist responded to an incident involving an alleged violation of a civil stalking protection order incident that occurred in the area of Maxwell Drive and Mason Road, Mason, Ohio 45040.

5. Officer Witte's cruiser camera recorded his actions with Officer Sechrist, Plaintiff, and Plaintiff's son who was on the scene. Officer Witte's cruiser was also equipped with a camera to record the actions of Plaintiff in the backseat of the cruiser. Attached hereto as Exhibit 1 are true and accurate copies of Officer Witte's cruiser camera recordings from the incident.

I declare under penalty of perjury that the foregoing recitations of my Declaration are true and correct. Executed on April 30, 2025.

_____
Craig Kline