**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Timothy Hopkins, | : | Case No. 1:23-cv-283 |
| | : | |
| Plaintiff, | : | |
| v. | : | Judge Michael R. Barrett |
| | : | |
| Thomas Grossmann, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF APPEARANCE OF CO-COUNSEL

Notice is hereby given that attorney Sara L. McElroy of Fishel Downey Albrecht & Riepenhoff LLC, 7775 Walton Parkway, Suite 200, New Albany, Ohio 43054 will serve as co-counsel for Defendants Thomas Grossman and Warren County Board of Commissioners in the above matter. The undersigned respectfully requests to be added to the service list and to be copied on all pleadings, notices and any other filings in this case.

Respectfully submitted,

*/s/* Sara L. McElroy
Daniel T. Downey (0063753)
Sara L. McElroy (0099672)
**FISHEL DOWNEY ALBRECHT RIEPENHOFF LLC**
7775 Walton Parkway, Suite 200
New Albany, OH  43054
(614) 221-1216 Telephone
(614) 221-8769 Fax
ddowney@fisheldowney.com
smcelroy@fisheldowney.com
*Counsel for Defendants Thomas Grossman and Warren County Board of Commissioners*

## **CERTIFICATE OF SERVICE**

This certifies that the foregoing was filed electronically this 14th day of May 2025. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system, as certified by the Court's Certificate of Service generated upon filing.

/s/ Sara L. McElroy
Sara L. McElroy (0099672)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLC**
*Counsel for Defendants Thomas Grossman and Warren County Board of Commissioners*